LANDON D. BAILEY (State Bar No. 240236)
BAILEY PLC
1200 Suncast Lane, Suite 7
El Dorado Hills, CA 95762
Telephone: (916) 713-2580
Email: landon@baileyplc.com

*Attorneys for Plaintiff Global Brother SRL*

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLOBAL BROTHER SRL,<br><br>    Plaintiff,<br><br>    v.<br><br>TUSHAR ["TONY" K.] POPAT,<br><br>    Defendant. | Case No.:   2:25-cv-02319-DJC-CSK<br><br>**PLAINTIFF'S EX PARTE MOTION FOR EXTENSION OF TIME TO SERVE COMPLAINT; ORDER** |

1

PLAINTIFF'S EX PARTE MOTION FOR EXTENSION OF TIME TO SERVE COMPLAINT; ORDER

**ORDER**

The Court, having considered Plaintiff's Ex Parte Motion for Extension of Time to Serve Complaint, and good cause appearing, hereby orders as follows:

1. Plaintiff's Ex Parte Motion is GRANTED.

2. Plaintiff's deadline to serve the summons and complaint is extended up to and including April 22, 2026.

IT IS SO ORDERED.

Dated:  March 9, 2026                         /s/ Daniel J. Calabretta
                                                        THE HONORABLE DANIEL J. CALABRETTA
                                                        UNITED STATES DISTRICT JUDGE

PLAINTIFF'S EX PARTE MOTION FOR EXTENSION OF TIME TO SERVE COMPLAINT; ORDER